# United States District Court
## Southern District of Georgia

Tiffany Hilton

_____
Plaintiff

v.

Orthopedic Associates of Augusta
and Peak Employment Solutions

_____
Defendant

Case No.  1:21-cv-00091-JRH-BKE

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  7th  day of  February , 2022.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  John E. Tomlinson

Business Address:  Barrett & Farahany
Firm/Business Name

PO BOX 530092
Street Address

Atlanta         GA         30343
Street Address (con't)    City    State    Zip

_____
Mailing Address (if other than street address)

Address Line 2    City    State    Zip

404-214-0120
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:  john@justiceatwork.com