IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TIFFANY HILTON, | * | |
| Plaintiff, | * | |
| v. | * | CV 121-091 |
| ORTHOPAEDIC ASSOCIATES OF AUGUSTA, P.A. and PEAK EMPLOYMENT SOLUTIONS, LLC, | * | |
| Defendants. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 38.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. All Parties shall bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA